**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN JEDNEAK,

    Plaintiff,

v.                                          Case No. 6:21-cv-350-RBD-DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Before the Court are:

1. Defendant's Opposed Motion Pursuant to Fed. R. Civ. P. 12(b)(1) to Dismiss Plaintiff's Complaint in Part and Defendant's Unopposed Motion for Stay of Proceedings (Doc. 14 ("Motion to Dismiss"));

2. Plaintiff's Response to Defendant's Opposed Motion Pursuant to Fed. R. Civ. P. 12(b)(1) to Dismiss Plaintiff's Complaint in Part (Doc. 20);

3. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant (Doc. 40 ("Motion for Remand")); and

4. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 48 ("R&R")).

Defendant Commissioner of Social Security ("Commissioner") originally moved to partially dismiss Plaintiff's Complaint. (Doc. 14.) Subsequently, the Commissioner filed an unopposed Motion for Remand. (Doc. 40.) Judge Irick entered an R&R recommending that the Court deny the Motion to Dismiss as moot and grant the Motion to Remand. (Doc. 48.) The parties filed a joint notice of no objection to the R&R. (Doc. 47.) Given the lack of objection, the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 48) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Defendant's Motion to Dismiss (Doc. 14) is **DENIED AS MOOT**.

3. Defendant's Motion to Remand (Doc. 40) is **GRANTED**.

4. The final decision of the Commissioner is **REVERSED AND REMANDED** to the Commissioner pursuant to sentence four of § 405(g) for the reasons stated in the R&R (Doc. 48).

5. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and then to close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 17, 2021.

ROY B. DALTON JR.
United States District Judge