## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOHN JEDNEAK,

    Plaintiff,

v.                                                                                                   Case No. 6:21-cv-350-RBD-DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, the Court entered judgment in favor of Plaintiff. (Doc. 50.) Plaintiff's counsel now moves unopposed for attorney's fees under 42 U.S.C. § 406(b). (Doc. 55 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 56 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 56) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's counsel's Motion (Doc. 55) is **GRANTED**.

3. Plaintiff's counsel is **AUTHORIZED** to charge and collect $3,500.00 from Plaintiff in attorney's fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 13, 2023.

ROY B. DALTON, JR.
United States District Judge